IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAHAN JALADIAN,

    Petitioner,               No. CIV S-07-1930 JAM DAD P

   vs.

D.K. SISTO, et al.,

    Respondents.          <u>ORDER</u>

/

      Petitioner, a state prisoner, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

      On July 28, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. The parties have filed objections to the findings and recommendations and petitioner has also filed a reply to respondents' objections[1].

/////

---

[1] On September 9, 2009, counsel Jilbert Tahmazian filed a document styled, "Designation of Counsel" in which he substitutes as counsel for petitioner.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 28, 2009, are adopted in full;

2. Respondents' November 20, 2008 motion to dismiss (Doc. No. 15) is denied; and

3. Respondents are ordered to file their answer within sixty days from the service of this order.

DATED: November 24, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE