1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VAHAN JALADIAN,

11            Petitioner,                    No. CIV S-07-1930 JAM DAD P

12        vs.

13   D. K. SISTO, et al.,

14            Respondents.                   ORDER
                                      /
15

16            Petitioner is a state prisoner proceeding pro se with this application for a writ of

17   habeas corpus pursuant to 28 U.S.C. § 2254.  Respondents filed an answer to the amended

18   petition on January 7, 2010.  In their answer, respondents cite to the Clerk's Transcript on Appeal

19   and the Reporter's Transcript on Appeal.  (See answer, at 15, 21.)  However, these transcripts

20   have not been lodged with the court.  The court finds that the Clerk's Transcript on Appeal and

21   the Reporter's Transcript on Appeal are necessary to a determination of this action.  Accordingly,

22   pursuant to Rule 7 of the Rules Governing Section 2254 Cases in the United States District

23   Courts, petitioner will be directed to lodge these transcripts within twenty-one days.

24   /////

25   /////

26   /////

                                            1

1        Good cause appearing, IT IS HEREBY ORDERED that, within twenty-one days

2 from the date of this order, respondents shall lodge the Clerk's Transcript on Appeal and the

3 Reporter's Transcript on Appeal.

4 DATED: March 17, 2010.

_____

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8:
jaladian1930.o