IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VAHAN JALADIAN,

        Petitioner,                No. CIV S-07-1930 JAM DAD P

    vs.

D. K. SISTO, et al.,

        Respondents.            <u>ORDER</u>

                              /

        Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 15, 2010, petitioner's habeas petition was denied, judgment was entered, and this case was closed. Petitioner did not file an appeal from the judgment.

        On November 1, 2010, petitioner filed a motion for release on "his own recognizance or on bail" pending a decision in this matter. A claim is moot when the court no longer has the power to grant the requested relief. <u>Picron-Peron v. Rison</u>, 930 F.2d 773, 776 (9th Cir. 1991). Because there are no proceedings pending, either in this court or in the Court of Appeals, the court cannot enter the relief petitioner seeks. Accordingly, petitioner's request for release on bail will be denied as moot.

1

1  For the foregoing reasons, IT IS HEREBY ORDERED that petitioner's November 1, 2010 request for release on his own recognizance or on bail pending a decision on his habeas action is denied as moot.

DATED: March 28, 2011.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
jaladian1930.bail

2